IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE: CHAPTER 13

MARK TOD SPENCE  CASE NO. 11-14192 NLJ

SSN: XXX-XX-4210

_____
NOTICE OF AMENDMENT OF PAYROLL WITHHOLDING BY EMPLOYER
_____

AN "ORDER TO EMPLOYER TO PAY TRUSTEE" WAS PREVIOUSLY ENTERED BY THE UNITED STATES BANKRUPCTY COURT.  THIS ORDER STATED THE AMOUNT TO BE WITHHELD SEMI-MONTHLY FROM MARK TOD SPENCE.
THE PAY PERIOD AMOUNT INCLUDED IN THIS NOTICE SUPERCEDES ANY AND ALL EXISTING PAY PERIOD AMOUNTS PREVIOUSLY INSTRUCTED.

SYSTEMS MADE SIMPLE INC SHALL DEDUCT FROM THE PAYMENTS OF
MARK TOD SPENCE
SSN: XXX-XX-4210

THE SUM OF $ 1,035.00 SEMI-MONTHLY, BEGINNING ON THE NEXT AMOUNT FOR EACH PAY PERIOD AND REMIT FORTHWITH THE SUMS SO DEDUCTED TO:

JOHN HARDEMAN, CHAPTER 13 TRUSTEE
P.O. BOX 613309
MEMPHIS, TN 38101-3309
(405)236-4843

OR HIS SUCCESSORS IN INTEREST, UNTIL FURTHER NOTICE BY THE TRUSTEE.

/s/ John T. Hardeman
_____
CHAPTER 13 TRUSTEE

#692/LB